36727/01270/ELA/TPB/TRB

# IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| CHERYL PICKENPACK,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THIRD ACT PICTURES, INC.;<br>LEGENDARY PICTURES, INC.; WARNER<br>BROS. ENTERTAINMENT, INC.; and<br>JAMES McALLISTER,<br><br>　　　　Defendants. | Case No: 13-cv-354 |

## NOTICE OF REMOVAL

Defendants THIRD ACT PICTURES, INC. and WARNER BROS. ENTERTAINMENT, INC., by their attorneys, CASSIDAY SCHADE LLP, remove this case from the Circuit Court of Cook County, Illinois to the United States District Court, Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. 1391, 1441 and 1446. In support of this notice, Defendants state:

1.　THIRD ACT PICTURES, INC., and WARNER BROTHERS ENTERTAINMENT, INC. ("Removing Defendants") are named defendants in this civil action, filed on December 13, 2012, in the Circuit Court of Cook County, Illinois. Pursuant to the provisions of §§ 1441 and 1446 of Title 28 of the United States Code, Defendants remove this action to the United States District Court for the Northern District of Illinois, Eastern Division, which is the judicial district and division embracing the place in which this action is pending.

2. This action alleges a claim for damages based on negligence and premises liability. Plaintiff claims to have suffered severe and permanent injuries while walking across a set for the movie "Man of Steel," which was being filmed in Plano, Illinois.

3. Plaintiff was, at the time of the commencement of the action, and still is, a citizen and resident of the State of Illinois. THIRD ACT PICTURES, INC. was and is a corporation organized and existing under the laws of the State of California, and also maintains its principal place of business in that State. WARNER BROTHERS ENTERTAINMENT, INC. was and is a corporation organized and existing under the laws of the State of California and maintains its principal place of business in that state.

4. Co-Defendant LEGENDARY PICTURES, INC. was and is a corporation organized and existing under the laws of the State of California and maintains its principal place of business in that state. Counsel for Removing Defendants spoke with counsel for LEGENDARY PICTURES, INC., who advised that as of the date of the filing of this notice LEGENDARY PICTURES, INC. has not been served with summons or process in this case. Counsel for Removing Defendants has checked the Cook County Court file maintained for this case and there is no evidence that LEGENDARY PICTURES, INC. has been served with summons or process as of the date this notice was filed. As it is a joined, but not served defendant, its consent to this notice is not required.

5. Co-Defendant JAMES MCALLISTER was, at the time of the commencement of the action, and still is, a citizen and resident of the State of Illinois. However, despite being named as a defendant, Mr. McAllister has no real connection to this action and cannot be held liable to Plaintiff under the governing law.

6. Mr. McAllister was wrongfully and fraudulently joined as a party defendant for the sole purpose of attempting to deprive Removing Defendants of their rights, as nonresidents of the State of Illinois, to remove this case to federal court.

7. Plaintiff's allegations against Mr. McAllister are based on discrete misstatements of fact. Specifically, Plaintiff alleges that on the date of her accident Mr. McAllister was the location manager for a scene being filmed in Plano, Illinois. In fact, Mr. McAllister was not present in Plano on the date of the alleged occurrence, and played no role in the filming taking place at that location.

8. Fraudulently joined defendants cannot prevent removal, and their existence is disregarded for purposes of determining diversity. Consequently, this action's removal to the United States District Court is proper under 28 U.S.C. § 1441(a), (b) because there is complete diversity of citizenship between Plaintiff and all Defendants not fraudulently joined. Additionally, this Court would have had original jurisdiction over this matter under 28 U.S.C. § 1332 had it been brought in federal court originally.

9. Plaintiff alleges that she suffered severe and permanent injuries, and that she has expended, and will in the future expend, great sums of money in attempts to be healed and cured of her maladies. Based on these allegations, the amount in controversy, exclusive of interest and costs, exceeds the sum or value of $75,000.

10. This Notice of Removal is timely because it was filed in this Court within 30 days after the receipt by Removing Defendants of a copy of plaintiff's complaint in the action and within one year of the commencement of the action.

11. Removing Defendants filed a copy of all process, pleadings, and orders served on defendants in the action with this Notice. See Plaintiff's Complaint attached to this Notice as Exhibit "A".

**WHEREFORE,** Defendants THIRD ACT PICTURES, INC. and WARNER BROS. ENTERTAINMENT, INC. remove this action from the Circuit Court of Cook County, Illinois to the United States District Court, Northern District of Illinois, Eastern Division.

        **THIRD ACT PICTURES, INC. and WARNER BROS. ENTERTAINMENT, INC.**

        By:    **s/Todd R. Burgett**_____
                **One of Their Attorneys**

**Todd R. Burgett, Esq.**
**Cassiday Schade LLP**
**20 North Wacker Drive**
**Suite 1000**
**Chicago, Illinois 60606**
**312.641.3100**
**312.444.1669**
**E-Mail: tburgett@cassiday.com**

7714212