

**Service of Process Transmittal**
12/17/2012
CT Log Number 521795163

**TO:** John Rogovin
Warner Bros.
4000 Warner Boulevard
Burbank, CA 91522

**RE:** **Process Served in Illinois**

**FOR:** Warner Bros. Entertainment Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Cheryl Pickenpack, Pltf. vs. Third Act Pictures, Inc., etc., et al., including Warner Bros. Entertainment, Inc., Dfts. *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Summonses, Complaint, Affidavit, Jury Demand |
| **COURT/AGENCY:** | Cook County Circuit Court - County Department - Law Division, IL Case # 2012L013959 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - Due to Defendant's Carelessness and Omissions Plaintiff Suffered Permanent Injuries on or about 08/30/2011 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 12/17/2012 at 10:30 |
| **JURISDICTION SERVED:** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, not counting the day of service |
| **ATTORNEY(S) / SENDER(S):** | Jeffrey C. Schwartz
Kraloveck, Jambois & Schwartz
60 W. Randolph St., 4th Floor
Chicago, IL 60601
312-782-2525 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/17/2012, Expected Purge Date: 12/22/2012
Image SOP
Email Notification, John Rogovin john.rogovin@warnerbros.com
Email Notification, Cindy O'Hagan cindy.ohagan@timewarner.com
Email Notification, Francine Rubenstein francine.rubenstein@warnerbros.com
Email Notification, Ryan Stockton Ryan.Stockton@timewarner.com
Email Notification, Zazi Pope zazi.pope@warnerbros.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Darniceshia Thornton |
| **ADDRESS:** | 208 South LaSalle Street
Suite 814
Chicago, IL 60604 |
| **TELEPHONE:** | 312-345-4336 |

Page 1 of 1 / AK

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| SUMMONS | ALIAS - SUMMONS     (Rev. 9/3/99)     CCG 0001 |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

**CHERYL PICKENPACK,**       )   No. 2012L013959
                            )       CALENDAR/ROOM B
   Plaintiff,                )       TIME 00:00
                            )   **SHERIFF PLEASE SERVE:**
vs.                         )       Premises Liability
                            )
                            )   Warner Bros. Entertainment, Inc.
                            )   R/A: CT Corporation System
**THIRD ACT PICTURES, INC, et al.**   )   208 So. LaSalle Street, Suite 814
                            )   Chicago, IL 60604
   Defendants.              )
                            )

## SUMMONS

To each defendant:

   **YOU ARE SUMMONED** and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the office of the Clerk of this Court at Richard J. Daley Center, 50 W. Washington, Room 801, Chicago, Illinois 60602.

   You must file within 30 days after service of this summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the officer:

DEC 1 3 2012

   This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

| | | |
|---|---|---|
| Atty. No.: | 24797 | WITNESS, _____ |
| Name: | Jeffrey C. Schwartz | |
| Atty. for: | Plaintiff | |
| Address: | 60 W. Randolph St. 4th Floor | |
| City/State/Zip: | Chicago, IL 60601 | _____ |
| Telephone: | 312-782-2525 | Clerk of Court |

Date of service: _____, ____
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____
**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| SUMMONS | ALIAS - SUMMONS (Rev. 9/3/99) CCG 0001 |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

**CHERYL PICKENPACK,**

    Plaintiff,

vs.

**THIRD ACT PICTURES, INC, et al.**

    Defendants.

No. 2012L013959
CALENDAR/ROOM B
<u>SHERIFF PLEASE SERVE</u>:
Premises Liability

Warner Bros. Entertainment, Inc.
R/A: CT Corporation System
208 So. LaSalle Street, Suite 814
Chicago, IL 60604

*0 0 8 9 6 2 0 8 *

## SUMMONS

To each defendant:

    **YOU ARE SUMMONED** and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the office of the Clerk of this Court at Richard J. Daley Center, 50 W. Washington, Room 801, Chicago, Illinois 60602.

    You must file within 30 days after service of this summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the officer:

DEC 1 3 2012

    This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

| | |
|---|---|
| Atty. No.: | 24797 |
| Name: | Jeffrey C. Schwartz |
| Atty. for: | Plaintiff |
| Address: | 60 W. Randolph St. 4th Floor |
| City/State/Zip: | Chicago, IL 60601 |
| Telephone: | 312-782-2525 |

WITNESS,

_____
Clerk of Court

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____
**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| CHERYL PICKENPACK ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> THIRD ACT PICTURES, INC., a Foreign ) <br> Corporation, LEGENDARY PICTURES, INC., ) <br> a Foreign Corporation, and ) <br> WARNER BROS. ENTERTAINMENT, INC., ) <br> a Foreign Corporation, and JAMES MCALLISTER ) <br> ) <br> Defendants. ) | No. 2012L013959 <br> CALENDAR/ROOM B <br> TIME 00:00 <br> Premises Liability |

## AFFIDAVIT OF DAMAGES
## SUPREME COURT RULE 222

The undersigned being first duly sworn upon oath, deposes and states that he is the attorney representing the Plaintiff in the above entitled cause of action seeking money damages or collection of taxes and states that this cause of action does exceed $50,000.00.

_____
Jeffrey C. Schwartz
*Attorney for the Plaintiff*

SUBSCRIBED AND SWORN to before
me on this _10th_ day of _Dec._, 2012.

_____
NOTARY PUBLIC

OFFICIAL SEAL
NIDIA CARDENAS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES OCT. 05, 2014

KRALOVEC, JAMBOIS & SCHWARTZ
60 West Randolph Street, 4th Floor
Chicago, Illinois 60601
Ph: 312.782.2525

12

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| CHERYL PICKENPACK | ) | |
| | ) | |
| Plaintiff, | ) | 2012L013959 |
| | ) | CALENDAR/ROOM B |
| vs. | ) No. | TIME 00:00 |
| | ) | Premises Liability |
| THIRD ACT PICTURES, INC., a Foreign | ) | |
| Corporation, LEGENDARY PICTURES, INC., | ) | |
| a Foreign Corporation, and | ) | |
| WARNER BROS. ENTERTAINMENT, INC., | ) | |
| a Foreign Corporation, and JAMES MCALLISTER | ) | |
| | ) | |
| Defendants. | ) | |

## JURY DEMAND

The undersigned hereby demands a trial by jury.

_____
Jeffrey C. Schwartz
*Attorney for the Plaintiff*

KRALOVEC, JAMBOIS & SCHWARTZ
60 W. Randolph St., 4th Floor
Chicago, IL 60601
(312) 782-2525
Cook No. 24797

11

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| CHERYL PICKENPACK | ) | |
| | ) | |
| Plaintiff, | ) | 2012L013959 |
| | ) | CALENDAR/ROOM B |
| vs. | ) No. | TIME 00:00 |
| | ) | Premises Liability |
| THIRD ACT PICTURES, INC., a Foreign | ) | |
| Corporation, LEGENDARY PICTURES, INC., | ) | |
| a Foreign Corporation, and | ) | |
| WARNER BROS. ENTERTAINMENT, INC., | ) | |
| a Foreign Corporation, and JAMES MCALLISTER | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

NOW COMES the Plaintiff, CHERYL PICKENPACK, by and through her attorneys, KRALOVEC, JAMBOIS & SCHWARTZ, and complaining of the Defendant, THIRD ACT PICTURES, INC. states as follows:

### COUNT I – THIRD ACT PICTURES, INC.

1. That on or about August 30, 2011, the Plaintiff, CHERYL PICKENPACK, was at all relevant times a resident of Chicago, Cook County, Illinois.

2. That on or about August 30, 2011, defendant THIRD ACT PICTURES, INC., was in the business of producing motion pictures, including the film "Man of Steel" in Chicago, Illinois during the summer and autumn of 2011.

3. That on and prior to August 30, 2011, the Plaintiff, CHERYL PICKENPACK, was employed by Cast and Crew Entertainment and worked in the hair department on the set of the film "Man of Steel" while it was being filmed in the Chicagoland area.

4. That on, prior and subsequent to August 30, 2011, defendant THIRD ACT PICTURES, INC. filmed "Man of Steel" in the Chicagoland area, including but not

1

limited to the City of Chicago, Cook County, Illinois as well as in the City of Plano, Kendall County, Illinois.

5. That on August 30, 2011, defendant THIRD ACT PICTURES, INC. filmed a scene in Plano, Illinois at or near the intersection of Main Street and Oak Street.

6. That part of the set of the film at that location at that time was designed to appear as rubble, which created a fractured and uneven walking surface.

7. That on August 30, 2011, the Plaintiff, CHERYL PICKENPACK, was instructed to walk across the rubble set design in order to fix the hair of one of the actors in the pictures in between takes of filming.

8. That on and prior August 30, 2011 and at all times relevant hereto, defendant THIRD ACT PICTURES, INC. owed a duty of care for the safety of the individuals working on its sets during the film production of "Man of Steel", including the plaintiff, CHERYL PICKENPACK.

9. That disregarding the aforementioned duty, the Defendant, THIRD ACT PICTURES, INC., was then and there guilty of one or more of the following careless and negligent acts or omissions:

   a) Failed to adequately supervise the premises to insure that proper safety precautions were followed for personnel on the set;

   b) Maintained an area that presented an unreasonable danger to the health and safety to the Plaintiff;

   c) Failed to warn the Plaintiff of unsafe conditions;

   d) Failed to adequately inspect the area to ensure that it was safe;

   e) Instructed the Plaintiff to traverse in area it knew or should have known was unsafe;

f) Failed to provide a warning when they knew or reasonably should have known that the aforementioned condition created an unreasonable risk of harm to persons walking on said premises; and

g) Failed to draft, implement and enforce safety procedures to protect personnel on the set;

h) Was otherwise careless and negligent.

10. That as a direct and proximate result of one or more of the foregoing negligent acts or omissions of the Defendant, THIRD ACT PICTURES, INC. the Plaintiff, CHERYL PICKENPACK, sustained severe and permanent injuries; was required to seek extensive medical and surgical consultations and treatments; suffered, and will continue to suffer, great pain, anguish, and physical and mental suffering; and has expended, and will in the future expend, great sums of money in attempts to be healed and cured of her maladies.

WHEREFORE, the Plaintiff, CHERYL PICKENPACK, prays for judgment against the Defendant, THIRD ACT PICTURES, INC., in such amount in excess of this Court's jurisdictional requisite as will fairly and adequately compensate her for her injuries, losses, and damages as hereinabove alleged.

## COUNT II – LEGENDARY PICTURES, INC.

1. That on or about August 30, 2011, the Plaintiff, CHERYL PICKENPACK, was at all relevant times a resident of Chicago, Cook County, Illinois.

2. That on or about August 30, 2011, defendant LEGENDARY PICTURES, INC., was in the business of producing motion pictures, including the film "Man of Steel" in Chicago, Illinois during the summer and autumn of 2011.

3. That on and prior to August 30, 2011, the Plaintiff, CHERYL PICKENPACK, was employed by Cast and Crew Entertainment and worked in the hair department on the set of the film "Man of Steel" while it was being filmed in the Chicagoland area.

4. That on, prior and subsequent to August 30, 2011, defendant LEGENDARY PICTURES, INC. filmed "Man of Steel" in the Chicagoland area, including but not limited to the City of Chicago, Cook County, Illinois as well as in the City of Plano, Kendall County, Illinois.

5. That on August 30, 2011, defendant LEGENDARY PICTURES, INC. filmed a scene in Plano, Illinois at or near the intersection of Main Street and Oak Street.

6. That part of the set of the film at that location at that time was designed to appear as rubble, which created a fractured and uneven walking surface.

7. That on August 30, 2011, the Plaintiff, CHERYL PICKENPACK, was instructed to walk across the rubble set design in order to fix the hair of one of the actors in the pictures in between takes of filming.

8. That on and prior August 30, 2011 and at all times relevant hereto, defendant LEGENDARY PICTURES, INC. owed a duty of care for the safety of the individuals working on its sets during the film production of "Man of Steel", including the plaintiff, CHERYL PICKENPACK.

9. That disregarding the aforementioned duty, the Defendant, LEGENDARY PICTURES, INC., was then and there guilty of one or more of the following careless and negligent acts or omissions:

   a) Failed to adequately supervise the premises to insure that proper safety precautions were followed for personnel on the set;

b) Maintained an area that presented an unreasonable danger to the health and safety to the Plaintiff;

c) Failed to warn the Plaintiff of unsafe conditions;

d) Failed to adequately inspect the area to ensure that it was safe;

e) Instructed the Plaintiff to traverse in area it knew or should have known was unsafe;

f) Failed to provide a warning when they knew or reasonably should have known that the aforementioned condition created an unreasonable risk of harm to persons walking on said premises; and

g) Failed to draft, implement and enforce safety procedures to protect personnel on the set;

h) Was otherwise careless and negligent.

10. That as a direct and proximate result of one or more of the foregoing negligent acts or omissions of the Defendant, LEGENDARY PICTURES, INC. the Plaintiff, CHERYL PICKENPACK, sustained severe and permanent injuries; was required to seek extensive medical and surgical consultations and treatments; suffered, and will continue to suffer, great pain, anguish, and physical and mental suffering; and has expended, and will in the future expend, great sums of money in attempts to be healed and cured of her maladies.

WHEREFORE, the Plaintiff, CHERYL PICKENPACK, prays for judgment against the Defendant, LEGENDARY PICTURES, INC., in such amount in excess of this Court's jurisdictional requisite as will fairly and adequately compensate her for her injuries, losses, and damages as hereinabove alleged.

## COUNT III – WARNER BROS. ENTERTAINMENT, INC.

1. That on or about August 30, 2011, the Plaintiff, CHERYL PICKENPACK, was at all relevant times a resident of Chicago, Cook County, Illinois.

2. That on or about August 30, 2011, defendant WARNER BROS. ENTERTAINMENT, INC., was in the business of producing motion pictures, including the film "Man of Steel" in Chicago, Illinois during the summer and autumn of 2011.

3. That on and prior to August 30, 2011, the Plaintiff, CHERYL PICKENPACK, was employed by Cast and Crew Entertainment and worked in the hair department on the set of the film "Man of Steel" while it was being filmed in the Chicagoland area.

4. That on, prior and subsequent to August 30, 2011, defendant WARNER BROS. ENTERTAINMENT, INC. filmed "Man of Steel" in the Chicagoland area, including but not limited to the City of Chicago, Cook County, Illinois as well as in the City of Plano, Kendall County, Illinois.

5. That on August 30, 2011, defendant WARNER BROS. ENTERTAINMENT, INC. filmed a scene in Plano, Illinois at or near the intersection of Main Street and Oak Street.

6. That part of the set of the film at that location at that time was designed to appear as rubble, which created a fractured and uneven walking surface.

7. That on August 30, 2011, the Plaintiff, CHERYL PICKENPACK, was instructed to walk across the rubble set design in order to fix the hair of one of the actors in the pictures in between takes of filming.

8. That on and prior August 30, 2011 and at all times relevant hereto, defendant WARNER BROS. ENTERTAINMENT, INC. owed a duty of care for the safety of the individuals working on its sets during the film production of "Man of Steel", including the plaintiff, CHERYL PICKENPACK.

9. That disregarding the aforementioned duty, the Defendant, WARNER BROS. ENTERTAINMENT, INC., was then and there guilty of one or more of the following careless and negligent acts or omissions:

   a) Failed to adequately supervise the premises to insure that proper safety precautions were followed for personnel on the set;

   b) Maintained an area that presented an unreasonable danger to the health and safety to the Plaintiff;

   c) Failed to warn the Plaintiff of unsafe conditions;

   d) Failed to adequately inspect the area to ensure that it was safe;

   e) Instructed the Plaintiff to traverse in area it knew or should have known was unsafe;

   f) Failed to provide a warning when they knew or reasonably should have known that the aforementioned condition created an unreasonable risk of harm to persons walking on said premises; and

   g) Failed to draft, implement and enforce safety procedures to protect personnel on the set;

   h) Was otherwise careless and negligent.

10. That as a direct and proximate result of one or more of the foregoing negligent acts or omissions of the Defendant, WARNER BROS. ENTERTAINMENT, INC. the Plaintiff, CHERYL PICKENPACK, sustained severe and permanent injuries; was required to seek extensive medical and surgical consultations and treatments; suffered, and will continue to suffer, great pain, anguish, and physical and mental

7

suffering; and has expended, and will in the future expend, great sums of money in attempts to be healed and cured of her maladies.

WHEREFORE, the Plaintiff, CHERYL PICKENPACK, prays for judgment against the Defendant, WARNER BROS. ENTERTAINMENT, INC., in such amount in excess of this Court's jurisdictional requisite as will fairly and adequately compensate her for her injuries, losses, and damages as hereinabove alleged.

## COUNT IV – JAMES MCALLISTER

1. That on or about August 30, 2011, the Plaintiff, CHERYL PICKENPACK, was at all relevant times a resident of Chicago, Cook County, Illinois.

2. That on or about August 30, 2011, defendant JAMES MCALLISTER, was the location manager for film "Man of Steel" in the City of Plano, Kendall County, Illinois and was acting in the course and scope of his agency and/or employment relationship with defendant, WARNER BROS. ENTERTAINMENT, INC., LEGENDARY PICTURES INC., and/or THIRD ACT PICTURES, INC.

3. That on and prior to August 30, 2011, the Plaintiff, CHERYL PICKENPACK, was employed by Cast and Crew Entertainment and worked in the hair department on the set of the film "Man of Steel" while it was being filmed in the Chicagoland area.

4. That on, prior and subsequent to August 30, 2011, defendant JAMES MCALLISTER was a resident of Cook County, Illinois

5. That on August 30, 2011, defendant JAMES MCALLISTER was the location manager for a scene filmed in Plano, Illinois at or near the intersection of Main Street and Oak Street.

6. That part of the set of the film at that location at that time was designed to appear as rubble, which created a fractured and uneven walking surface.

7. That on August 30, 2011, the Plaintiff, CHERYL PICKENPACK, was instructed to walk across the rubble set design in order to fix the hair of one of the actors in the pictures in between takes of filming.

8. That on and prior August 30, 2011 and at all times relevant hereto, defendant JAMES MCALLISTER owed a duty of care for the safety of the individuals working on its sets during the film production of "Man of Steel", including the plaintiff, CHERYL PICKENPACK.

9. That disregarding the aforementioned duty, the Defendant, JAMES MCALLISTER, was then and there guilty of one or more of the following careless and negligent acts or omissions:

   a) Failed to adequately supervise the premises to insure that proper safety precautions were followed for personnel on the set;

   b) Maintained an area that presented an unreasonable danger to the health and safety to the Plaintiff;

   c) Failed to warn the Plaintiff of unsafe conditions;

   d) Failed to adequately inspect the area to ensure that it was safe;

   e) Instructed the Plaintiff to traverse in area it knew or should have known was unsafe;

   f) Failed to provide a warning when they knew or reasonably should have known that the aforementioned condition created an unreasonable risk of harm to persons walking on said premises; and

   g) Failed to draft, implement and enforce safety procedures to protect personnel on the set;

   h) Was otherwise careless and negligent.

9

10. That as a direct and proximate result of one or more of the foregoing negligent acts or omissions of the Defendant, JAMES MCALLISTER the Plaintiff, CHERYL PICKENPACK, sustained severe and permanent injuries; was required to seek extensive medical and surgical consultations and treatments; suffered, and will continue to suffer, great pain, anguish, and physical and mental suffering; and has expended, and will in the future expend, great sums of money in attempts to be healed and cured of her maladies.

WHEREFORE, the Plaintiff, CHERYL PICKENPACK, prays for judgment against the Defendant, JAMES MCALLISTER, in such amount in excess of this Court's jurisdictional requisite as will fairly and adequately compensate her for her injuries, losses, and damages as hereinabove alleged.

Respectfully Submitted,

Jeffrey C. Schwartz

KRALOVEC, JAMBOIS & SCHWARTZ
60 W. Randolph Street, 4th Floor
Chicago, IL 60601
(312) 782-2525
Cook No. 24797